## GORDON JONES *v.* COMMISSIONER
## OF CORRECTION
## (AC 31126)

Harper, Bear and Mihalakos, Js.

Argued September 21—officially released October 12, 2010

Per Curiam. The appeal is dismissed.

## EAKER MCCLENDON *v.* COMMISSIONER
## OF CORRECTION
## (AC 30826)

DiPentima, C. J., and Lavine and Bear, Js.

Submitted on briefs September 10—officially released October 12, 2010

Per Curiam. The appeal is dismissed.

## ALEXIAS PIZZA, LLC *v.* COMMISSIONER OF
## REVENUE SERVICES
## (AC 31400)

DiPentima, C. J., and Lavine and Bear, Js.

Submitted on briefs September 10—officially released October 12, 2010

Per Curiam. The judgment is affirmed.